ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Apr 14, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>          v.<br><br>RUBEN GARCIA and HERIBERTO AYALA,<br><br>                     Defendants. | CASE NO.    2:26-mj-0041 AC<br><br>SEALING ORDER<br><br><u>**UNDER SEAL**</u> |

**S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated:    April 14, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER