UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 20, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

RUBEN GARCIA ,

        Defendant.

Case No.  2:26-mj-00041-AC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release  RUBEN GARCIA ,

Case No.  2:26-mj-00041-AC, Charge 21 U.S.C. § 841(a)(1), from custody for the

following reasons:

           Release on Personal Recognizance

  X  Bail Posted in the Sum of $ 50,000.00

      X    Unsecured Appearance Bond $ 50,000.00

           Appearance Bond with 10% Deposit

           Appearance Bond with Surety

           Corporate Surety Bail Bond

           (Other): The Defendant shall be released on 4/21/2026 at 9:00 a.m.

           and report directly to the Office of Pretrial Services for further

           processing.

Sacramento County Jail is further ORDERED to release the defendant with a

  X  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 20, 2026 at 2:25 p.m.

By: _____

Magistrate Judge Jeremy D. Peterson